IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD CRAWFORD,

    Plaintiff,                      No. CIV S-04-2452 WBS KJM PS

    vs.

WE HALL, et al.,

    Defendants.                FINDINGS & RECOMMENDATIONS

_____/

    By order filed May 4, 2005, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. On May 12, 1005 and August 4, 2005 plaintiff filed documents with the court that do not comply with the May 4th order.

    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings

/////

/////

1

1 and Recommendations." Plaintiff is advised that failure to file objections within the specified
2 time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153
3 (9th Cir. 1991).
4 DATED: August 15, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

craw2452.fta